# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T. CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR
ROBERT L. THOMAS
WILLIAM D JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F. ROBERTS
RICHARD J A POPPER
TERESA A CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S. BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R. NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A. HOLT
JOHN T DORSEY

M BLAKE CLEARY

ATHANASIOS E AGELAKOPOULOS
JOSEPH M BARRY
KEVIN M BAIRD
SEAN M BEACH
DONALD J. BOWMAN, JR
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M DIBIANCA
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T GREECHER
KARA S HAMMOND
DAWN M JONES
RICHARD S. JULIE
KAREN E KELLER
JENNIFER M. KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MATTHEW B MCGUIRE
MARIBETH L MINELLA
EDMON L MORTON
D FON MUTTAMARA-WALKER
JENNIFER R NOEL
JOHN J PASCHETTO
ADAM W POFF
SETH J REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P STAFFORD
JOHN E TRACEY
ALFRED VILLOCH, III
MARGARET B WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: 302-571-6672
FAX: 302-576-3301

E-MAIL: jingersoll@ycst.com

H ALBERT YOUNG
1929-1982

H JAMES CONAWAY, JR
1947-1990

WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B MAXWELL, 2ND
OF COUNSEL

JOHN D MCLAUGHLIN, JR
ELENA C NORMAN (NY ONLY)
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P O BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

March 30, 2005

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

   Re: Ingenio, Filiale De Loto-Quebec, Inc. v. GTECH Corporation,
     <u>Civil Action No. 04-134-KAJ</u>

Dear Judge Jordan:

  As counsel for Defendant GTECH, I write on behalf of both parties to jointly request a modification of the September 3, 2004 Scheduling Order entered in this case. The proposed modification to the Scheduling Order, which, subject to the Court's approval, has been stipulated and agreed to by the parties, extends the schedule by 90 days. The reasons for the proposed extension are explained below. A proposed Amended Scheduling Order is enclosed herewith for the Court's reference and consideration.

  The parties have been actively engaged in settlement discussions and, in fact, have voluntarily entered into mediation. An all-day, private mediation session with counsel and settlement representatives of each party, was held on March 23, 2005. While a settlement did not result from that mediation, the parties intend to continue to discuss settlement and will engage in another mediation session with the Magistrate Judge on April 22, 2005. During the

WP3:1098645.1                                           63055.1003

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Kent A. Jordan
March 30, 2005
Page 2

time period that this mediation process has been taking place, the parties have concentrated their efforts on settlement through this avenue and have not pursued discovery in the hopes that the need for such discovery, and the attendant cost and expense, would be obviated by a mutually agreeable settlement of this matter. The Scheduling Order in place currently sets the close of fact and expert discovery for September 30, 2005. The parties are concerned since this schedule does not provide sufficient time to complete discovery, should this case not resolve on or before the next mediation session. In light of this, the parties are jointly requesting the proposed modified schedule.

    Since the proposed extension will impact previously scheduled dates including the trial date, we respectfully request the opportunity to discuss this request with the Court in a teleconference to be held at the Court's convenience.

    We thank the Court for its consideration of the above.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI:cg
cc:   Clerk of the Court (by electronic filing and hand delivery)
      Thomas H. Kovach, Esquire (by electronic filing)
      Rodger Tate, Esquire (by e-mail)
      Brian Buroker, Esquire (by e-mail)
      Thomas J. Meloro, Esquire (by e-mail)
      Larissa A. Soccoli, Esquire (by e-mail)