IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-<br>QUEBEC, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-134 (KAJ) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| GTECH CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the

Court:

1.    The Court's September 3, 2004 *Scheduling Order* (D.I. 16) is amended as

follows:

a.    Paragraph 3.c. <u>Discovery Cutoff</u>:  All Discovery in this case shall

be initiated so that it will be completed by December 31, 2005.  The remainder of this

paragraph remains unmodified.

b.    Paragraph 7. <u>Interim Status Report</u>:  On July 20, 2005, counsel

shall submit a letter to the Court with an interim report on the nature of the matters in

issue and the progress of discovery to date.

63055 1003

c.     Paragraph 8. <u>Status Conference</u>: On [July __, 2005], the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at _____ a.m./p.m.. Plaintiff's counsel shall initiate the telephone call. If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they may so notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off of the Court's calendar.

d.     Paragraph 9. <u>Tutorial Describing the Technology and Matters in Issue</u>: The parties shall provide the Court by approximately October 1, 2005 depending on the Court's schedule, a tutorial on the technology at issue. The remainder of this paragraph remains unmodified.

e.     Paragraph 10. <u>Case Dispositive Motions</u>: All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before January 31, 2006. Briefing will be presented pursuant to the Court's Local Rules, unless otherwise agreed by the parties.

f.     Paragraph 11. <u>Claim Construction Issue Identification</u>: If the Court does not find that a limited earlier claim construction would be helpful in resolving the case, on September 30, 2005, the parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s). The remainder of this paragraph remains unmodified.

g.     Paragraph 12. <u>Claim Construction</u>: Issues of claim construction shall be submitted to the Court no later than January 31, 2006 to be considered by the Court in conjunction with the parties' summary judgment motions.

h.     Paragraph 13. <u>Hearing on Claim Construction</u>: Beginning at _____ a.m./p.m. on [March __, 2006], the Court will hear evidence and argument on claim construction and summary judgment.

2

          i.      Paragraph 15. <u>Pretrial Conference</u>:  On [June __, 2006], the Court will hold a Final PreTrial Conference in Chambers with counsel beginning at _____ a.m./p.m.  Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).  The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling order on or before approximately May 2, 2006 depending on the Court's schedule.

          j.      Paragraph 18. Trial:  This matter is scheduled for a 10 day jury trial beginning at _____a.m./p.m. on [June __, 2006].  The remainder of this paragraph remains unmodified.

      2.      All other provisions of the Court's September 3, 2004 *Scheduling Order* (D.I. 16) remain in effect.

Stipulated and Agreed to by:

THE BAYARD FIRM

/s/ Thomas H. Kovach
Thomas Henry Kovach (#2257)
Edmond D. Johnson (#3964)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: 302-429-4226
Facsimile: 302-658-6395
tkovach@bayardfirm.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Facsimile: 302-571-1253
jingersoll@ycst.com

WP3:1098646.1

63055.1003

OF COUNSEL:                           OF COUNSEL:
Rodger L. Tate                        Thomas J. Meloro
Brian Buroker                         Larissa A. Soccoli
Hunton & Williams LLP                 Andrew L. Reibman
1900 K Street, N.W.                   KENYON & KENYON
Washington, D.C. 20006-1107           One Broadway
Telephone: 202-955-1500               New York, New York 10004
Facsimile: 202-778-2201               Telephone: (212) 425-7200
                                      Facsimile: (212) 425-5288


SO ORDERED this ____th day of _____, 2005


_____
United States District Court Judge