IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-134-KAJ |
| | : | |
| GTECH CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **1st** day of **April, 2005.**

A teleconference was held on Friday, April 1, 2005 to discuss the mediation scheduled for Friday, April 22, 2005. As a result of the representations by and discussion with counsel,

IT IS ORDERED that:

1. **Tuesday, April 12, 2005** shall remain the due date for submissions pursuant to the Order of October 24, 2004. The mediation date of Friday, April 22, 2005 shall also remain as scheduled. The Order of October 24, 2004 is modified in that the page limitation for the submissions is **15 pages double spaced, 12 point font** and the focus of the submissions shall concentrate on paragraphs 4(e) and (f) of said Order, that is, a brief background of the action and the parties' relationship, a discussion of their prior negotiations/private mediation, status of those negotiations, suggestions/approaches regarding settlement and present and future fees, expenses and costs in this matter. All other provisions of the Order of October 24, 2005 remain in effect, in particular, those

provisions dealing with confidentiality.

2. A teleconference is scheduled for **Monday, April 18, 2005** at **8:30 a.m. eastern time to be initiated by defense counsel** to discuss whether the April mediation shall proceed as scheduled. Counsel shall confirm the availability of their clients for an alternative date for mediation. Those dates are: **Tuesday, May 24, Thursday, June 9 and Friday, June 10, 2005.** Counsel understands that presently mediation in other matters are scheduled on all those dates.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE