IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 04-134 (KAJ)<br>)<br>) |
| GTECH CORPORATION, | )<br>) |
| Defendant. | ) |

### ORDER

At Wilmington this **5th**day of **April, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **April 14, 2005 at 4:30 p.m.** with the undersigned. **Counsel for Defendant shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE