## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-134-KAJ |
| GTECH CORPORATION, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **18th day of April, 2005.**

IT IS ORDERED that the mediation scheduled for Friday, April 22, 2005 at 10:00 .m. has been rescheduled for **Tuesday, May 24, 2005 beginning at 8:30 a.m.** Dress for the mediation is casual. There shall be no further submissions of the parties. All other provisions of the Court's October 12, 2004 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE