## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-134 (KAJ) |
| GTECH CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court:

1.     The Court's September 3, 2004 *Scheduling Order* (D.I. 16) is amended as follows:

a.     Paragraph 3.c. <u>Discovery Cutoff</u>:  All Discovery in this case shall be initiated so that it will be completed by December 31, 2005.  The remainder of this paragraph remains unmodified.

b.     Paragraph 7. <u>Interim Status Report</u>:  On October 31, 2005, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

c.      Paragraph 8. <u>Status Conference</u>: On November 7, 2005, the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 4:30 p.m.  Plaintiff's counsel shall initiate the telephone call.  If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they may so notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off of the Court's calendar.

d.      Paragraph 9. <u>Tutorial Describing the Technology and Matters in Issue</u>:  [deleted]

e.      Paragraph 10. <u>Case Dispositive Motions</u>:  All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before January 31, 2006.  Briefing will be presented pursuant to the Court's Local Rules, unless otherwise agreed by the parties.

f.      Paragraph 11. <u>Claim Construction Issue Identification</u>:  If the Court does not find that a limited earlier claim construction would be helpful in resolving the case, on September 30, 2005, the parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s).  The remainder of this paragraph remains unmodified.

g.      Paragraph 12. <u>Claim Construction</u>:  Issues of claim construction shall be submitted to the Court no later than January 31, 2006 to be considered by the Court in conjunction with the parties' summary judgment motions.

h.      Paragraph 13.  <u>Hearing on Claim Construction</u>:  Beginning at 9:30 a.m. on April 21, 2006, the Court will hear evidence and argument on claim construction and summary judgment.

WP3:1098646.1                                                    63055.1003

      i.     Paragraph 15. <u>Pretrial Conference</u>:  On July 27, 2006, the Court will hold a Final PreTrial Conference in Chambers with counsel beginning at 4:30 p.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).  The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling order on or before approximately June 27, 2006 depending on the Court's schedule.

      j.     Paragraph 18. Trial:  This matter is scheduled for a 10 day jury trial beginning at 9:30 a.m. on August 28, 2006.  The remainder of this paragraph remains unmodified.

    2.     All other provisions of the Court's September 3, 2004 *Scheduling Order* (D.I. 16) remain in effect.

Stipulated and Agreed to by:

THE BAYARD FIRM

/s/ Edmond D. Johnson
Thomas Henry Kovach (#2257)
Edmond D. Johnson (#3964)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: 302-429-4226
Facsimile: 302-658-6395
tkovach@bayardfirm.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Facsimile: 302-571-1253
jingersoll@ycst.com

WP3:1098646.1

63055.1003

OF COUNSEL:                          OF COUNSEL:
Rodger L. Tate                       Thomas J. Meloro
Brian Buroker                        Larissa A. Soccoli
Hunton & Williams LLP                Andrew L. Reibman
1900 K Street, N.W.                  KENYON & KENYON
Washington, D.C. 20006-1107          One Broadway
Telephone: 202-955-1500              New York, New York 10004
Facsimile: 202-778-2201              Telephone: (212) 425-7200
                                     Facsimile: (212) 425-5288


SO ORDERED this ____th day of _____, 2005


_____
United States District Court Judge

WP3:1098646.1                                                              63055.1003