# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4227
ejohnson@bayardfirm.com

October 31, 2005

**VIA E-FILE**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Ingenio, Filiale De Loto-Quebec, Inc. v.*
              *Gtech Corporation, C.A. No. 04-134 (KAJ)*
              *Joint Status Report*

Dear Judge Jordan:

      This letter shall serve as the Joint Interim Status Report due today under the Stipulation and Amended Scheduling Order entered by the Court in the above-referenced case on April 18, 2005.

      The parties have focused a great deal of effort on reaching a settlement in this matter. First, the parties participated in private mediation at their expense. Second they participated in a full-day mediation session with Magistrate Judge Thygne, along with several follow-up telephone conferences. As a result of that mediation and subsequent discussions, the parties outlined the basic terms of a settlement in August. During that time, the parties reached a mutual agreement to delay implementation of their ongoing discovery.

      Since August, the parties have been negotiating a written agreement implementing their settlement. Whereas the parties have narrowed the disputed issues in that writing and continue to work toward finalizing a written settlement agreement, last week Ingenio began to believe that issues had arisen that may preclude settlement. As a result, Ingenio has sent GTech a proposal to resume discovery in this case so that it may be concluded in a manner that does not impact the deadlines for filing dispositive motions or other pre-trial issues. That proposal does require an agreement between the parties to conduct discovery after the Court's December 31, 2005 cut-off. Essentially, Ingenio's proposal provides the following schedule.

      1)    The parties shall respond to the outstanding interrogatories by November 10, 2005.

607281v1

THE BAYARD FIRM

2) The parties shall produce responsive documents by November 20, 2005, along with a complete privilege log.

3) The parties agree to consult regarding any discovery disputes by November 27, 2005. Each party agrees to provide at least two times for a good faith consultation required under the local rules between November 20, 2005 and November 27, 2005 (with the exception of dates on Thanksgiving). Motions to compel are to be filed on those issues by December 1, 2005, rebuttals thereto filed by December 8, 2005 and replies filed by December 11, 2005 (the timing in the local rules is hereto waived by agreement of the parties).

4) Claim construction issues shall be identified by January 3, 2006 in writing (via email or facsimile).

5) Initial expert reports shall be produced on January 13, 2006 (via email and Overnight delivery).

6) Rebuttal expert reports shall be produced on January 27, 2006 (via email and Overnight delivery).

7) All discovery must be completed by February 15, 2006.

8) Per the Court's order, dispositive motions and claim construction briefs shall be filed by both parties on January 31, 2006.

GTech believes that this schedule is not workable and in the event settlement is not reached, will be prepared to discuss scheduling issues with the Court and Ingenio.

The parties are prepared to discuss these and any other issues with the Court at the Status Conference next week.

Respectfully,

Edmond D. Johnson (Bar ID #2257)

EDJ/slh
30389-1

cc: Clerk of the Court
　　Josy W. Ingersoll, Esquire (via e-file)

607281v1