IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GTECH CORPORATION )<br>)<br>Defendant. ) | C. A. No. 04-134-KAJ |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses or counterclaims brought or which could have been brought, is hereby dismissed with prejudice, each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into under which the parties have filed the present stipulation.

STIPULATED AND AGREED TO:

_____        _____
Edmond D. Johnson (No. 2257)             Josy W. Ingersoll (No. 1088)
Thomas H. Kovach (No. 3964)              YOUNG CONAWAY STARGATT &
THE BAYARD FIRM                          TAYLOR, LLP
222 Delaware Avenue                      The Brandywine Building
Suite 900                                1000 West Street, 17th Floor
Wilmington, DE 19801                     P.O. Box 391
(302) 655-5000                           Wilmington, DE 19899-0391
Attorneys for Plaintiff                  (302) 571-6600
Ingenio, Filiale De Loto-Quebec, Inc.    Attorneys for Defendant GTech Corporation

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Rodger L. Tate<br>Brian M. Buroker<br>Christopher J. Cuneo<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, DC  20006-1109<br>Telephone:  (202) 955-1500<br>Facsimile:   (202) 778-2201 | Thomas J. Meloro<br>Larissa A. Soccoli<br>KENYON & KENYON<br>One Broadway<br>New York, New York 10004<br>Telephone: (212) 425-7200<br>Facsimile: (212) 425-5288 |

SO ORDERED this \_\_\_\_ day of _____, 2005

_____
United States District Court Judge

DB01:1905845.1                                                                                                                              063055.1003