IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENIO, FILIALE DE LOTO-QUEBEC, INC., | ) |
| Plaintiff, | ) ) |
| v. | ) C. A. No. 04-134-KAJ ) |
| GTECH CORPORATION | ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses or counterclaims brought or which could have been brought, is hereby dismissed with prejudice, each party to bear its own costs.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into under which the parties have filed the present stipulation.

STIPULATED AND AGREED TO:

_____
Edmund D. Johnson (No. 2257)
Thomas H. Kovach (No. 3964)
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(302) 655-5000
Attorneys for Plaintiff
Ingenio, Filiale De Loto-Quebec, Inc.

_____
Josy W. Ingersoll (No. 1088)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Attorneys for Defendant GTech Corporation

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Rodger L. Tate<br>Brian M. Buroker<br>Christopher J. Cuneo<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, DC 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201 | Thomas J. Meloro<br>Larissa A. Soccoli<br>KENYON & KENYON<br>One Broadway<br>New York, New York 10004<br>Telephone: (212) 425-7200<br>Facsimile: (212) 425-5288 |

SO ORDERED this 14th day of Nov._____, 2005

_____
United States District Court Judge